United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                             NORTHERN DISTRICT OF CALIFORNIA
10
11   TRAN THANH BINH,                          No. C-11-00206 DMR
12              Plaintiff,                     **ORDER DENYING MOTION TO SHORTEN TIME; ORDER TO SHOW CAUSE**
13         v.
14   DOES 1-10,
15              Defendants.
     _____/
16

17         On February 3, 2011, Plaintiff Tran Thanh Binh filed a Motion for Leave to Conduct Third-
18   Party Discovery, noticing a hearing on the motion for March 10, 2011 at 9:00 a.m., and a Motion to
19   Shorten Time, seeking a hearing on the Motion for Leave to Conduct Third Party Discovery on
20   February 19, 2011. *See* Docket Nos. 3 & 4.
21         Plaintiff's Motion to Shorten Time is DENIED. By no later than February 18, 2011, Plaintiff
22   is ordered to show cause in writing why venue in this district is proper and why the matter should
23   not be dismissed. The hearing on Plaintiff's Motion for Leave to Conduct Third Party Discovery set
24   for March 10, 2011 is VACATED pending resolution of this Order to Show Cause.
25         Pursuant to 28 U.S.C. §636(c), the Magistrate Judges of this District have been designated to
26   conduct any and all proceedings in a civil case, upon the consent of all parties. Plaintiff is reminded
27   that the parties must either file written consent to the jurisdiction of the Magistrate Judge or request
28

1 reassignment to a District Judge by the deadline for filing the initial case management conference
2 statement. *See* N.D. Civ. L.R. 73-1.
3       IT IS SO ORDERED.

5 Dated: February 4, 2011



DONNA M. RYU
United States Magistrate Judge